UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

            Plaintiff,

  v.

CALIFORNIA ATTORNEY GENERAL
BILL LOCKYER et al.,

            Defendant(s).

No. C 06-04431 MHP

**ORDER**

    Defendants filed a motion to dismiss this action on February 20, 2007. Plaintiff filed no opposition, but rather filed a notice of dismissal with this court on February 23, 2007. This action is therefore DISMISSED without prejudice.

    Plaintiff has filed over two dozen actions in this court against various government entities. In light of plaintiff's history, he is currently subject to a pre-filing order requiring leave from this court before he may file claims against certain federal defendants. Wade v. United States, No. C 06-02346 CRB (N.D. Cal. Dec. 14, 2006) (Docket Entry 55) (Breyer, J.). In light of this order, plaintiff has apparently redirected his attention toward the State of California. Plaintiff is hereby warned that continued misuse of the court carries the risk that the court may declare him a vexatious litigant and order pre-filing review of <u>all</u> future complaints.

    IT IS SO ORDERED.

Dated: March 30, 2007

                                    MARILYN HALL PATEL
                                    United States District Court Judge
                                    Northern District of California